| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>White, Gregory A. | 2. Court or Organization<br><br>Northern District of Ohio | 3. Date of Report<br><br>05/03/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>801 West Superior Avenue<br>Chambers 11B<br>Cleveland, Ohio 44113 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member - Executive Board | Federal Bar Association-NDOH |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1979 | Ohio Public Employees Retirement System, Defined Benefit Plan. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 05/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Ohio Public Employees Retirement System | $83,313.46 |
| 2. 2012 | Westfield Insurance Co. - Settlement of claim under homeowners policy after mediation. 1099 Issued. | $7,320.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | The University of Akron - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 05/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EDS Electronic Data Systems, Retirement System, No Control. | D | Distribution | M | W | | | | | |
| 2. 1/21st Int. - Condo Rental, Port Clinton, OH | A | Rent | J | R | | | | | |
| 3. First Place Bank | A | Interest | L | T | | | | | |
| 4. Biocryst Pharmaceutical Inc. | | None | J | T | | | | | |
| 5. Hemispherx Biopharma Inc. | | None | J | T | | | | | |
| 6. United States Natural Gas Fund LP | | None | J | T | | | | | |
| 7. UBS Resource Management Account: UBS Bank USA - PACE | B | Dividend | L | T | | | | | |
| 8. - PACE Money Market Investment Fund Class P Cash Equiv | | | | | | | | | |
| 9. - FT Templeton Global Bond A | | | | | | | | | |
| 10. - Pimco Total Return Fund Class A | | | | | Sold (part) | 04/19/12 | J | A | |
| 11. - Americant Century Inflation Adjusted Fund | | | | | Sold (part) | 04/19/12 | J | A | |
| 12. - American Century Diversified Fund | | | | | Sold (part) | 04/19/12 | J | A | |
| 13. - Morgan Short Duration Fund | | | | | Sold (part) | 04/19/12 | J | A | |
| 14. - Allianceberstein Global Fund Inc | | | | | Sold | 04/19/12 | J | A | |
| 15. - Calvern Short Duration Income Fund Class A | | | | | Sold (part) | 04/19/12 | J | A | |
| 16. - Federated Prudent Dollar Bear Fund | | | | | Sold | 04/19/12 | J | A | |
| 17. - Federated Prudent Bear Fund Class A | | | | | Buy (add'l) | 04/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - FT Franklin Adj Rate US Govt A | | | | | Sold | 04/19/12 | J | A | |
| 19. - Franklin Low Duration Total Return Fund | | | | | Sold | 04/19/12 | J | A | |
| 20. - TCW Total Return Bond Fund | | | | | Sold (part) | 04/19/12 | J | A | |
| 21. - Pimco Unconstrained Bond Fund Class A | | | | | Buy | 04/19/12 | J | | |
| 22. - Legg Mason BW Global Opportunities Bond Fund Class A | | | | | Buy | 04/19/12 | J | | |
| 23. - Direxion Financial Trends Strategy INV | | | | | Buy | 04/19/12 | J | | |
| 24. | | | | | Sold | 10/03/12 | J | | |
| 25. - Loomis Sayles Strategic Alpha Fund CL A | | | | | Buy | 04/19/12 | J | | |
| 26. - Rivernorth/Doubleline Strategic Income Fund | | | | | Buy | 04/19/12 | J | | |
| 27. - Hatteras Long/Short Debt Fund A | | | | | Buy | 04/19/12 | J | | |
| 28. - Western Asset Total Return Unconstrained Portfolio Class F | | | | | Buy | 04/19/12 | J | | |
| 29. - Guggenheim Multi-Hedge Strategies Fund A | | | | | Buy | 04/19/12 | J | | |
| 30. - American Funds Capital World Bond Fund Class F | | | | | Buy | 04/19/12 | J | | |
| 31. - Eaton Vance Diversified Income Fund Class A | | | | | Buy | 10/03/12 | J | | |
| 32. UBS Financial Services IRA - PACE Portfolio | E | Dividend | N | T | | | | | |
| 33. - UBS PACE Money Market Investment Fund Class P Cash Equiv. | | | | | | | | | |
| 34. - FT Templeton Global Bond A | | | | | Sold (part) | 04/19/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Pimco Total Return Fund Class A | | | | | Sold (part) | 04/19/12 | K | C | |
| 36. - American Century Inflation Adjusted Fund | | | | | Sold (part) | 04/19/12 | K | D | |
| 37. - American Century Diversified Fund | | | | | Sold (part) | 04/19/12 | K | C | |
| 38. - Morgan Short Duration Fund | | | | | Sold (part) | 04/19/12 | K | B | |
| 39. - Allianceberstein Global Fund Inc. | | | | | Sold | 04/19/12 | K | D | |
| 40. - Calvert Short Duration Income Fund Class A | | | | | Sold (part) | 04/19/12 | J | A | |
| 41. - Federated Prudent Dollarbear Fund Class A | | | | | Sold | 04/19/12 | K | B | |
| 42. - FT Franklin Adj Rate US Govt A | | | | | Sold | 04/19/12 | K | B | |
| 43. - Franklin Low Duration Total Return Fund | | | | | Sold | 04/19/12 | K | B | |
| 44. - Putnam Diversified Income Trust Class A | | | | | Sold | 04/19/12 | K | A | |
| 45. - Pimco Unconstrained Bond Fund Class A | | | | | Buy | 04/19/12 | K | | |
| 46. - Federated Prudent Bear Fund Class A | | | | | Buy | 04/19/12 | K | | |
| 47. - Legg Mason BW Global Opportunities Bond Fund Class A | | | | | Buy | 04/19/12 | K | | |
| 48. - Direxion Financial Trends Strategy INV | | | | | Buy | 04/19/12 | J | | |
| 49. | | | | | Sold | 10/03/12 | J | | |
| 50. - Loomis Sayles Strategic Alpha Fund CL A | | | | | Buy | 04/19/12 | K | | |
| 51. - Rivernorth/Doubleline Strategic Income Fund | | | | | Buy | 04/19/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Hatteras Long/Short Debt Fund A | | | | | Buy | 04/19/12 | K | | |
| 53.  - Western Asset Total Return Unconstrained Portfolio Class F | | | | | Buy | 04/19/12 | K | | |
| 54.  - Guggenheim Multi-Hedge Strategies Fund A | | | | | Buy | 04/19/12 | J | | |
| 55.  - TCW Total Return Bond Fund | | | | | Buy | 04/19/12 | K | | |
| 56.  - American Funds Capital World Bond Fund | | | | | Buy | 04/19/12 | K | | |
| 57.  - Eaton Vance Diversified Currency Income Fund Class A | | | | | Buy | 04/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 05/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts, page 4, line 2 - purchased 12/27/96...purchase price $109,500

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 05/03/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory A. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544